IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BILLY RAY KENDRICK, Husband**
**AND NITA KENDRICK, Wife**                                                              **PLAINTIFFS**

v.                                  Case No: 3:19-cv-00014-LPR

**WRIGHT MEDICAL TECHNOLOGY, INC.**
**AND JOHN DOES, Nos. 1–5**                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Wright Medical Technology, Inc. on all claims asserted against it; and that all claims against John Does, Nos. 1–5 are dismissed without prejudice.

IT IS SO ADJUDGED this 10th day of August 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE